# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2005

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial)<br><br>Nordberg, John A | 2. Court or Organization<br><br>Northern District of Illinois | 3. Date of Report<br><br>05/31/2006 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>U.S. District Judge Senior | 5a. Report Type (check appropriate type)<br><br>☐ Nomination,    Date<br>☐ Initial    ☒ Annual    ☐ Final<br><br>5b. ☐ Amended Report | 6. Reporting Period<br>01/01/2005<br>to<br>12/31/2005 |
| 7. Chambers or Office Address<br><br>Cha bers 1886<br>219 South Dearborn S reet<br>Chicago, Illinois 60604-1706 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations.<br><br>Reviewing Officer_____ Date_____ | |

> **IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of instructions.)*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. Trustee - non-paid | ████████ Testamentary Trust |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of instructions.)*

☒ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

RECEIVED
FINANCIAL DISCLOSURE OFFICE
2006 JUN -5 A 10: 49

| Name of Person Reporting | Date of Report |
|---|---|
| Nordberg, John A | 05/31/2006 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of Instructions.)*

### A. Filer's Non-Investment Income

[X] NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

[X] NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## IV. REIMBURSEMENTS — *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children. See pp. 25-27 of instructions.)*

[X] NONE *(No reportable reimbursements.)*

| SOURCE | DESCRIPTION |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

| Name of Person Reporting | Date of Report |
|---|---|
| Nordberg, John A | 05/31/2006 |

## V. GIFTS. *(Includes those to spouse and dependent children. See pp. 28-31 of instructions.)*

[X]  NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children. See pp. 32-34 of instructions.)*

[X]  NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Nordberg, John A | 05/31/2006 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Mylan Labs, Inc. C.S. | A | Dividend | L | T | | | | | |
| 2. Valspar Corp. C.S. | D | Dividend | N | T | | | | | |
| 3. Sprint Nextel Corp. C.S. (Merger-change of name) | B | Dividend | M | T | buy | 12/31 | J | | Div. Reinvestment |
| 4. Waste Management C.S. | A | Dividend | J | T | | | | | |
| 5. Dreyfus W.W.D.M.M.F. | A | Dividend | J | T | buy | 12/31 | J | | Div. Reinvestment |
| 6. Fidelity Select Health M.F. | A | Dividend | L | T | buy | 12/31 | J | | Div. Reinvestment |
| 7. Nicholas M.F. | A | Distribution | J | T | buy | 12/31 | J | | Distr. Reinvestment |
| 8. Nicholas II M.F. | A | Distribution | L | T | buy | 12/31 | J | | Distr. Reinvestment |
| 9. Nicholas Ltd. M.F. | A | Distribution | J | T | buy | 12/31 | J | | Distr. Reinvestment |
| 10. T.R. Price Int'l Disc. M.F. | A | Distribution | K | T | buy | 12/31 | J | | Distr. Reinvestment |
| 11. T.R. Price Int'l Stk. M.F. | A | Distribution | K | T | buy | 12/31 | J | | Distr. Revinestment |
| 12. T.R. Price Sci-Tech. M.F. | | None | K | T | | | | | |
| 13. Columbia Mid-Cap Growth F. | | None | M | T | | | | | |
| 14. American Century Ultra M.F. | | None | O | T | | | | | |
| 15. Fidelity Div. Growth M.F. IRA | A | Distribution | N | T | Partial Sell | 12/31 | K | | Redemption MRD |
| 16. Air Prod. & Chem. C.S. | A | Dividend | K | T | buy | 12/31 | J | | Div. Reinvestment |
| 17. Illinois Judges' Retir. Pension | E | Distribution | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Nordberg, John A | 05/31/2006 |

## VII. INVESTMENTS and TRUSTS – *Income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. AIM Health Sciens F. | | None | J | T | | | | | |
| 19. U.S. Bancorp C.S. | B | Dividend | K | T | | | | | |
| 20. Wells Fargo Common Stk. F. | A | Distribution | L | T | buy | 12/31 | J | | Distr. Reinvestment |
| 21. Gabelli Global Telecomm. F. | A | Distribution | K | T | buy | 12/31 | J | | Distr. Reinvestment |
| 22. Alltel C.S. | A | Dividend | L | T | | | | | |
| 23. Amcore Financial C.S. | A | Dividend | J | T | | | | | |
| 24. Trust - See VIII | | | | | | | | | |
| 25. ComCast Corp. New Class A C.S. | | None | J | T | | | | | |
| 26. Wells Fargo Corp. C.S. | A | Dividend | L | T | | | | | |
| 27. Pfizer Corp. C.S. | A | Dividend | K | T | | | | | |
| 28. Charles Schwab M.M.F. | A | Interest | J | T | | | | | |
| 29. Janus Overseas M.F. | A | Dividend | K | T | Buy | 12/31 | J | | Distr. Reinvestment |
| 30. Paychex C.S. | A | Dividend | K | T | | | | | |
| 31. First Data Corp. | A | Dividend | J | T | | | | | |
| 32. General Dynamics | A | Dividend | K | T | | | | | |
| 33. AT&T C.S. (merger- change of name) | B | Dividend | L | T | buy | 12/31 | J | | N.Y.S.E. |
| 34. ███████ Investments | | | | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| (See Column C2) | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Nordberg, John A | 05/31/2006 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets)<br><br>Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. Sprint Nextel Corp. (merger - change of name) | A | Dividend | K | T | buy | 12/31 | J | | divident reinvestment |
| 36. Charles Schwab M.M.F. | A | Interest | J | T | | | | | |
| 37. Chase Bank Checking Acct. (merger with Bank One) | A | Interest | J | T | | | | | |
| 38. Evergreen M.M. Trust | A | Dividend | J | T | buy | 12/31 | J | | dividend reinvestment |
| 39. Fidelity Div. Growth M.F. IRA | C | Distribution | L | T | Part. Redemp | 12/31 | J | | Min. MRD requirement |
| 40. Johnson & Johnson C.S. | B | Dividend | M | T | | | | | |
| 41. General Electric C.S. | A | Dividend | | | sell | 11/28 | J | | NYSE |
| 42. Fiserv, Inc. | | None | | | sell | 8/22 | J | | NASDAQ |
| 43. M&I Bank Baird M.M.F. | A | Interest | J | T | | | | | |
| 44. Columbia Acorn Int'l F. | A | Dividend | K | T | | | | | |
| 45. John Hancock Fin. Trends F | A | Distribution | J | T | buy | 12/31 | J | | distribution reinvestment |
| 46. Kilroy Realty C.S. | A | Dividend | J | T | buy | 12/31 | J | | div. reinvestment |
| 47. Eli Lilly & Co. C.S. | A | Dividend | K | T | buy | 12/31 | J | | div. reinvestment |
| 48. DeVry Inc. C.S. | | None | J | T | | | | | |
| 49. Alltel C.S. | A | Dividend | L | T | | | | | |
| 50. M.G.I.C. C.S. | A | Dividend | K | T | buy | 12/31 | J | | div. reinvestment |
| 51. Wells Fargo C.S. | B | Dividend | L | T | buy | 12/31 | J | | div. revinvestment |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| (See Column C2) | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Nordberg, John A | 05/31/2006 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. Gabelli Global Telecom M.F. | A | Distribution | J | T | buy | 12/31 | J | | distribution reinvestment |
| 53. Nicholas F. | A | Distribution | M | T | buy | 12/31 | J | | distribution reinvestment |
| 54. Wells Fargo Common Stk F. | D | Distribution | L | T | buy | 12/31 | J | | distribution reinvestment |
| 55. AT&T (merger with SBC) | A | Dividend | K | T | buy | 12/31 | J | | dividend reinvestment |
| 56. Berkshire Hathaway Cl. B. | | None | J | T | | | | | |
| 57. Washington Mutual C.S. | A | Dividend | J | T | | | | | |
| 58. Marathon Oil Corp. C.S. | A | Dividend | K | T | | | | | |
| 59. Chevron Corp. C.S. (change of name) | A | Dividend | J | T | | | | | |
| 60. Diageo PLC New SPN ADR | A | Dividend | | | sell | 1/31 | J | | NYSE |
| 61. Nokia Corp. SPONS ADR | A | Dividend | J | T | | | | | |
| 62. Ventana Medical Sys. C.S. | A | Dividend | | | sell | 9/20 | J | | NASDAQ |
| 63. Northern Trust C.S. | A | Dividend | J | T | | | | | |
| 64. Paychex Inc. C.S. | A | Dividend | J | T | | | | | |
| 65. Atlantic Coast Fed. Corp. C.S. | A | Dividend | J | T | | | | | |
| 66. Bisys Group Inc. C.S. | | None | | | sell | 2/25 | J | | NYSE |
| 67. Cadbury Schweppes PLC | A | Dividend | | | sell | 6/22 | J | | NYSE |
| 68. Capital Fed. Finl. C.S. | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Nordberg, John A | 05/31/2006 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. Charter Fin. Corp. West C.S. | A | Dividend | J | T | | | | | |
| 70. Cheviot Fin. Corp. C.S. | A | Dividend | J | T | | | | | |
| 71. Clifton Svgs Ban Corp. Inc. C.S. | A | Dividend | J | T | | | | | |
| 72. Deluxe Corp. C.S. | A | Dividend | J | T | | | | | |
| 73. First Fed. Fin. Svcs, Inc. C.S. | A | Dividend | J | T | | | | | |
| 74. Sensient Tech. C.S. | A | Dividend | J | T | | | | | |
| 75. Delta Petrol Corp. New | | None | | | sell | 10/05 | J | | NASDAQ |
| 76. MGI Pharm. Inc. C.S. | | None | | | sell | 12/14 | K | | NASDAQ |
| 77. Six Flags, Inc. C.S. | | None | | | sell | 9/01 | J | | NYSE |
| 78. H&R Block, Inc. C.S. | A | Dividend | J | T | | | | | |
| 79. K Fed. Bancorp. C.S. | A | Dividend | J | T | | | | | |
| 80. PSB Holdings Inc. C.S. | A | Dividend | J | T | | | | | |
| 81. Symbol Technol. Inc. C.S. | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
| --- | --- |
| Nordberg, John A | 05/31/2006 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report.)*

#24. ████ Testamentary Trust -- sole assets: cash and partial interest in oil and gas rights for ████ in Oklahoma. I am one of the ████ beneificiaries with approximately 1/6 interest in Trust.

| Name of Person Reporting | Date of Report |
|---|---|
| Nordberg, John A | 05/31/2006 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.



Signature

Date _May 31, 2006_

NOTE: A ...IES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL
AND CRI...

---

FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544